# United States Bankruptcy Court
## Southern District of Ohio

In re **Christine B. Parry**  
Debtor(s)

Case No.  
Chapter **13**

# VERIFICATION OF CREDITOR MATRIX

The above-named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date: **March 8, 2019**

**/s/ Christine B. Parry**  
**Christine B. Parry**  
Signature of Debtor