**United States Bankruptcy Court**
**Southern District of Ohio**

In re  **Christine B. Parry**                                  Case No.  **1:19-bk-10765**
                                     Debtor(s)                 Chapter   **13**

# VERIFICATION OF CREDITOR MATRIX - AMENDED

The above-named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date:  **March 21, 2019**             **/s/ Christine B. Parry**
                                      **Christine B. Parry**
                                      Signature of Debtor

Beau Parry
1776 Cimarron Square
Apt. 603
El Paso, TX 79911

Branch Banking & Trust Co.
c/o CT Corporation System
1300 East Ninth Street
Cleveland, OH 44114

Paul Saba
Saba Stagnaro & Patterson
2623 Erie Avenue
Cincinnati, OH 45208