UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION -- CINCINNATI

In re:

Christine B. Parry  
**Debtor(s)**

Case No: 19-10765  
Chapter 13  
Judge Hopkins

## LIQUIDATION ANALYSIS

Come now Debtor(s), by and through counsel, and hereby provides the below stated Liquidation Analysis to reflect the hypothetical percentage distribution to general unsecured creditors if the estate were liquidated:

1. Personal Property not specifically listed below
   i.e. Cash, Household Goods, Clothes, Insurance, etc
   
   | | |
   |---|---:|
   | Estimated Value | $3,653.46 |
   | Less Exemption | 3,646.23 |
   | Non Exempt Equity | 7.23 |

Total non-exempt equity available equals $7.23 less hypothetical chapter 7 Trustee fees of $1.81 (25% of first the $5,000.00 recovered, 10% of the next $45,000.00 recovered, and 5% of the funds recovered thereafter) equals non-exempt equity after trustee fees of $5.42. That amount less priority claims of Schedule E ($0.00) equal $5.42. That amount divided by total general unsecured claims of $225,300.59 (Schedule D undersecured of $0.00 plus Schedule F of $225,300.59) results in **0.00024%** dividend projected to general unsecured claims.

/s/ Nicholas A. Zingarelli OH-0079110  
Nicholas A. Zingarelli OH-0079110  
ZINGARELLI LAW OFFICE, LLC.  
810 Sycamore St., Third Floor  
Cincinnati, OH 45202  
Ph: (513) 381-2047  
Fx: (513) 263-9006  
nick@zingarellilaw.com

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Liquidation Analysis was served (i) electronically on the date of filing through the court's ECF System on all ECF participants registered in this case at the email address registered with the court on March 21, 2019.

/s/ Nicholas A. Zingarelli (OH-0079110)  
Nicholas A. Zingarelli (OH-0079110)