# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION (CINCINNATI)

| IN RE: | Case No. 19-10765 |
|---|---|
| CHRISTINE B. PARRY | Chapter 13 |
| Debtor | Judge Jeffery P. Hopkins |

## NOTICE OF APPEARANCE AND DEMAND FOR SERVICE OF PAPERS

Please take notice that the undersigned appears for Beau Parry, and herewith demands that all notices given, and all papers served in this case be given to and served upon the undersigned at the following office address and telephone number:

> Eric W. Goering
> 220 W. Third Street
> Cincinnati, Ohio 45202
> 513-621-0912
> 513-621-6042  fax
> eric@goering-law.com

Respectfully submitted,

*/s/Eric W. Goering*
Eric W. Goering 0061146
220 W. Third Street
Cincinnati, Ohio 45202
(513)621-0912
(513)621-6042 fax
rob@goering-law.com

CERTIFICATE OF SERVICE

   I herby certify that a copy of this notice was served by regular U.S. Mail or electronically on this 2nd day of April 2019:

US Trustee
Margaret A. Burks
Nicholas Zingarelli

And on the following by ordinary U.S. Mail addressed to:

Christine Parry
5110 Herringbone Drive #225
Cincinnati, Ohio 45227

            */s/ Eric W. Goering*
            Eric W. Goering 0061146