UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 19-10765 |
| | | CHAPTER 13 |
| CHRISTINE B. PARRY | | |
| | : | JUDGE JEFFERY P. HOPKINS |
| DEBTOR | | |
| | : | WITHDRAWAL OF TRUSTEE'S OBJECTION TO CREDITOR'S CLAIM |

   Comes now the Chapter 13 Trustee, Margaret A. Burks, Esq. and withdraws her Objection to Creditor's Claim of BEAU PARRY filed on June 17, 2019 (Doc. 28). An amended claim has been filed providing the Trustee with the requested documentation.

   Respectfully submitted,

/s/   Margaret A. Burks, Esq.
Margaret A. Burks, Esq.
Chapter 13 Trustee
Attorney No. OH 0030377

Francis J. DiCesare, Esq.
Staff Attorney
Attorney No. OH 0038798

Tammy E. Stickley, Esq.
Staff Attorney
Attorney Reg No. OH 0090122

600 Vine Street, Suite 2200
Cincinnati, OH 45202
(513) 621-4488
(513) 621 2643 (Facsimile)
mburks@cinn13.org - Correspondence only
fdicesare@cinn13.org
tstickley@cinn13.org

## CERTIFICATE OF SERVICE

    I hereby certify that a copy of the foregoing Withdrawal of Trustee's Objection to Creditor's Claim was served **electronically** on the date of filing through the court's ECF System on all ECF participants registered in this case at the email address registered with the court and

    by **ordinary U.S. Mail** on July 16, 2019 addressed to:

CHRISTINE B. PARRY, 5110 HERRINGBONE DRIVE, #225, CINCINNATI, OH  45227-2779

BEAU PARRY, 1776 CIMARRON SQUARE APT. 603, EL PASO, TX  79911


    /s/    Margaret A. Burks, Esq.
           Margaret A. Burks, Esq.